UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | |
| KEVIN BERNARD HANLEY, ET AL. | NO: 19-00120-BAJ-EWD |

### ORDER

Considering the **United States' Unopposed Motion for a Discovery Protocol (Doc. 63)**,

**IT IS ORDERED** that a status conference is hereby scheduled for Tuesday, July14 at 4:00 P.M. The conference shall be conducted via telephone. Dial-in information will be circulated to counsel on the day of the call.

Baton Rouge, Louisiana, this 9th day of July, 2020

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**